Ted Poretz (TP 5387)
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTH CHERRY STREET, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES A. GRADANTE, <br><br> Defendants. | 2006 CV ____ (  )  <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of records for South Cherry Street, LLC ("Cherry Street"), certifies that there are no corporate parents, subsidiaries or affiliates of Cherry Street that are publicly held.

Dated: New York, New York.
April 12, 2006

BINGHAM McCUTCHEN LLP

By: _____
Ted Poretz (TP 5387)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000

*Attorneys for Plaintiff*

NYDOCS/1250409.1