UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

| | |
|---|---|
| SOUTH CHERRY STREET, LLC, | 2006 CV 2943(LBS) |
| Plaintiff, | |
| - against - | **AFFIDVIT OF SERVICE** |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE AND CHARLES A. GRADANTE, | |
| Defendants. | |

-------------------------------------------------------------------- x

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

Jerome McCain, being duly sworn, deposes and says that he is employed by the law firm of Bingham McCutchen LLP, is over the age of 18 years and is not a party to this action.

On April 19, 2006, at approximately 10:30 am deponent served the Summons, Complaint, Judges' Rules and Civil Cover Sheet upon Hennessee Group LLC, Elizabeth Lee Hennessee and Charles A. Gradante ("Defendants") by delivering and leaving three sets of the documents with Brian Snider who identified himself as a Senior Vice-President at Hennessee Group LLC and authorized to accept service of the papers on behalf of all Defendants. Mr. Snider confirmed that both Ms. Hennessee and Mr. Gradante are employed at Hennessee Group LLC. Mr. Snider is a white male approximately 170-180 pounds, 40-45 years of age, 5'11"-6'1" tall with brown/thinning hair.

Service was made at Hennessee Group LLC at 500 Fifth Avenue, 47th Floor, New York, New York 10036.

NYDOCS/1177403.1

Service was completed when deponent mailed copies of the aforementioned papers in separate envelopes to Elisabeth Lee Hennessee and Charles A. Gradante at Hennessee Group LLC at the above address. Each envelope was marked personal and confidential and contained no indication that said mailing was from a lawyer of concerned an alleged debt.

Jerome McCain
Proc. Lic. # 0842381

Sworn to before me this
19th day of April 2006

PAUL MAPP
Notary Public, State of New York
No. 03-4950922
Qualified in New York County
Commission Expires May 8, 2007

NYDOCS/1177403.1