Ted Poretz (TP5387)
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY  10022-4689
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378

*Attorneys for Plaintiff*
South Cherry Street LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Bayou Hedge Fund Investment Litigation | Case Number  06 MDL 1755 (CM) |
| This document relates to: | |
| SOUTH CHERRY STREET, LLC,<br><br>                    Plaintiff,<br><br>        -against-<br><br>HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES A. GRADANTE,<br><br>                    Defendants. | 06 CV 2943 (CM)<br><br>**NOTICE OF APPEARANCE**<br><br>**Filed Electronically** |

       PLEASE TAKE NOTICE that Ted Poretz of Bingham McCutchen LLP hereby appears

as counsel for Plaintiff, South Cherry Street, LLC, in the above-captioned case.

Dated:  New York, New York.
          May 2, 2006

                                        **Bingham McCutchen LLP**


                                        By: /s/ Ted Poretz
                                        _____
                                              Ted Poretz (TP5387)
                                              399 Park Avenue
                                              New York, NY  10022-4689
                                              (212) 705-7000
                                              *Attorneys for Plaintiff*
                                              *South Cherry Street LLC*