UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Bayou Hedge Fund Investment Litigation | Case Number  06 MDL 1755 (CM) |
| This document relates to: | |
| SOUTH CHERRY STREET, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES A. GRADANTE,<br><br>                    Defendants. | 06 CV 2943 (CM)<br><br>**CERTIFICATE OF SERVICE**<br><br>**Filed Electronically** |

## CERTIFICATE OF SERVICE

     David Marcus, an attorney admitted to practice law in the State of New York, hereby certifies under penalty of perjury, that on May 2, 2006, I caused a copy of South Cherry Street LCC's Notice of Appearance to be served by First Class Mail on the following:

          Lawrence E. Fenster, Esq.
          Bressler, Amery & Ross P.C.
          17 State Street
          New York, NY 10004

Dated: New York, New York
      May 2, 2006

          /s/ David Marcus
          David Marcus

NYDOCS/1252620.1