UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION

06 MD 1755 (CM)

---X

THIS DOCUMENT RELATES TO:

---X

SOUTH CHERRY STREET, LLC,

Plaintiff,

No.: 06-cv-02943 (CM)

vs.

HENNESSEE GROUP LLC,
ELIZABETH LEE HENNESSEE and
CHARLES GRADANTE

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

Defendants.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the time within which defendants Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles Gradante may answer or otherwise move with respect to the Complaint is extended up to and including January 31, 2007.

BINGHAM McCUTCHEN LLP

By: _____
Ted Poretz (TP 5387)
399 Park Avenue
New York, NY 10022
212-705-7412
212-702-3618
Attorneys for Plaintiff
South Cherry Street, LLC

BRESSLER, AMERY & ROSS, P.C.

By: _____
Matthew C. Plant (MP 0328)
17 State Street, 34th Floor
New York, NY 10004
212-425-9300
212-425-9337
Attorneys for Defendants
Hennessee Group, LLC, Elizabeth Lee Hennessee and Charles Gradante

stipulation extending time to answer (2) (2).doc

12/21/06

So ordered

[signature]



| BRIAN F. AMERY* | **BRESSLER, AMERY & ROSS, P.C.** | DANIEL R. KORB, JR.• |
|---|---|---|
| LAWRENCE D. ROSS" | ATTORNEYS AT LAW | RICHARD J. TEER* |
| DAVID W. REGER• |  | MICHAEL S. RUBIN• |
| RICHARD V. JONES• | 17 STATE STREET | MICHAEL A. COLOONEY• |
| MARK T. MCMENAMY• | NEW YORK, NY 10004 | KIRSTEN McCAW GROSSMAN" |
| DAVID P. SCHNEIDER• |  | KAREN E. MURPHY• |
| MARK M. TALLMADGE• | (212) 425-9300 | MATTHEW C. PLANT" |
| EDWIN A. ZIPF- |  | KALMAN G. MAGYAR* |
| GEORGE R. HIRSCH* | FAX: (212) 425-9337 | JILL E. DOKSON□ |
| CYNTHIA J. BORRELLI DODGE* |  | ROBIN C STEPHAN• |
| ERIC L. CHASE* |  | CHRISTIAN D. JOHNSON• |
| DAVID H. PIKUS* | www.bressler.com | STEVEN G. MEMMERT□ |
| JORDAN S. WEITBERG* |  | RONALD J. CAMPIONE* |
| DAVID J. LIBOWSKY* | NEW JERSEY OFFICE | ANGELA M. SCAPURI• |
| DONALD J. CAMERSON, III• | 325 COLUMBIA TURNPIKE | SEAN C. CALLAHAN* |
| DAVID F. BAUMAN• | FLORHAM PARK, NJ 07932 | DENNISE S. MULVIHILL* |
| DOMINICK F. EVANGELISTA* | (973) 514-1200 | COREN H. STERN° |
| GENEVIEVE K. LAROBARDIER |  | SETH V. ALMADEFF□ |
| NANCY C. MCDONALD• |  | JASON L. SMITH• |
| LAWRENCE E. FENSTER• |  | DAVID J. BUTLER* |
| SAMUEL J. THOMAS* |  | BENJAMIN J. DiLORENZO• |
| LINDA S. MIRSKY BRENNEMAN | FLORIDA OFFICE | DIANA C. CAMPBELL• |
| DIANA C. MANNING* | HUNTINGTON CENTRE II | DAVID G. SMITHAM* |
| BENNETT FALK° | 2801 S.W. 149TH AVENUE | DOUGLAS B. LIPSKY* |
| KEITH OLIN□ | MIRAMAR, FL 33027 | YOONSUN CHUNG* |
| ALEX J. SABO□ | (954) 499-7979 | NIKOLAS S. KOMYATI* |
| FRANK J. CUCCIO* |  | DENNIS C. KADIAN* |
| ANDREW W. SIDMAN□ |  | REGINA PEPE MARTORANA* |
| RICHARD C. SZUCH• |  | EDWARD O. TAN• |
| JED L. MARCUS* |  | DIANA M. HEDRICK□ |
|  |  | CHRISTOPHER G. MASSEY* |
| OF COUNSEL |  | JACQUELYN R. TRUSSELL* |
| RICHARD R. SPENCER, JR.+ |  | SMIT KAPADIA* |
|  |  | MATTHEW E. WOLPER□ |
| COUNSEL |  | RISA M. DAVID• |
| KENNETH M. MOLTNER• |  | ANDREW M. GREENIDGE□ |
| MICHAEL J. CONNOLLY• |  | KIRSTIN K. O'CALLAGHAN* |
| FELICIA L. GARLAND• |  |  |
|  |  | *ADMITTED IN NJ AND NY |
| BERNARD BRESSLER |  | *ADMITTED IN NJ |
| (1920-2005) |  | ∆ADMITTED IN NY |
|  |  | □ADMITTED IN FL |
|  |  | °ADMITTED IN FL AND NY |
|  |  | WRITER'S DIRECT INFORMATION |

December 20, 2006

**Via Facsimile Only**
(914)390-4152
The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

    Re:    In re Bayou Hedge Fund Litigation, MDL No. 1755

            South Cherry Street LLC v. Hennessee Group LLC,
            Elizabeth Lee Hennessee and Charles A. Gradante,
            No.: 06-cv-02943 (CM)

Dear Judge McMahon:

    Enclosed is a Stipulation Extending Time to Answer or Otherwise Move in the above-referenced matter. If acceptable, we respectfully request that Your Honor So Order the Stipulation. Please feel free to contact me if Your Honor has any questions.

                                Respectfully submitted,

                                Bressler, Amery & Ross, P.C.

                                Matthew C. Plant (MP 0328)

cc:    Ted Poretz, Esq. (by facsimile and regular mail, w/encl.)

826547_1