UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| SOUTH CHERRY STREET, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES GRADANTE <br><br> Defendants. | No.: 06-cv-02943 (CM) <br><br><br> NOTICE OF MOTION TO DISMISS COMPLAINT <br><br><br> **Electronically Filed** |

TO: Ted Poretz, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Attorneys for Plaintiff South Cherry Street, LLC

SIRS:

PLEASE TAKE NOTICE that on the Declaration of Matthew Wolper, the document attached thereto, the Declaration of Charles Gradante, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendants, Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee, will move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York

829707_1

located at 500 Pearl Street, New York, New York 10007 for an Order dismissing the Complaint against the Defendants pursuant to Rules 9(b) and 12(b)(6), Federal Rules of Civil Procedure.

Dated: January 31, 2007

    BRESSLER, AMERY & ROSS, P.C.
17 State Street, 34th Floor
New York, New York  10004
(212) 425-9300
(212) 425-9337
lfenster@bressler.com
Attorneys for Defendants
Hennessee Group LLC,
Elizabeth Lee Hennessee and
Charles Gradante


By:_____/s/_____
    Lawrence E. Fenster (LF 9378)

829707_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, a copy of the *Notice of Motion to Dismiss Complaint* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                _____/s/_____
                                                Matthew C. Plant (MP 0328)

829707_1