UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : | 06 MD 1755 (CM) |
| ------------------------------------------------X | | |
| THIS DOCUMENT RELATES TO: | : | |
| ------------------------------------------------X | | |
| SOUTH CHERRY STREET, LLC, | : | |
| Plaintiff, | : | No.: 06-cv-02943 (CM) |
| vs. | : | |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES GRADANTE | : | DECLARATION OF CHARLES GRADANTE |
| Defendants. | : | Electronically Filed |

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

    Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Charles Gradante. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct. I am a managing principal of Hennessee Group, LLC.

2. I submit this Declaration in support of the Motion to Dismiss the Complaint filed by Hennessee Group, LLC, Elizabeth Lee Hennessee and me for the purpose of authenticating documents referenced in the Complaint.

3. In the Complaint, Plaintiff alleges that, on August 27, 2001, Hennessee Group prepared an investor presentation on Plaintiff's behalf ("Investor Presentation"). However, this Investor Presentation is titled, "Presentation for: Craig Bollman." A true and correct copy of the Investor Presentation is attached hereto as Exhibit A.

declaration of gradante-mtd.doc

4. In the Complaint, Plaintiff alleges that Hennessee Group provided Plaintiff with false performance figures for the Bayou Accredited Fund, LLC, inaccurately reporting an appreciation of Plaintiff's investment. This information, which was provided to Bollman, was contained within Statements of Cash Flow and Performance Monitors. True and correct copies of the Statements of Cash Flow and Performance Monitors are attached hereto as Exhibits B & C, respectively.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

**Executed on January** 31 **, 2007**

Charles Gradante

2