# Exhibit A

HENNESSEE GROUP LLC

HEDGE FUND ADVISORY

**E. LEE HENNESSEE**
Managing Principal
**CHARLES J. GRADANTE**
Managing Principal

**500 FIFTH AVENUE, 47TH FLOOR**
**NEW YORK, NY 10110**
**(212) 857-4400 PHONE**
**(212) 768-8190 FAX**

# Presentation for:
# Craig Bollman

# August 27, 2001

[Confidential and Proprietary]

The following information has been obtained from sources believed to be reliable, but no guarantee is made with respect to accuracy. Past performance is no guarantee of future returns.

1

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## Craig Bollman

I.   INTRODUCTION

II.  PROPOSED HEDGE FUND ALLOCATION

III. STATISTICAL ANALYSIS OF
     RECOMMENDED HEDGE FUND MANAGERS

2

3

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# I. INTRODUCTION



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# Introduction

**Purpose:** To revise previous recommendation based on the addition of Sage Opportunity Fund. The previous recommendation included a multiple arbitrage manager which is no longer accepting new capital, and therefore was replaced with two non correlated managers in an effort to replicate the multiple arbitrage strategy. In addition the Healthcare manager was excluded from this analysis as it is premature to allocate to managers with significant levels of volatility given the size of the current recommended portfolio.

**Scope:** This analysis pertains to the portion of Mr. Bollman's assets being allocated to hedge funds, and does not take into account any other investments, either disclosed or not disclosed to Hennessee, such as real estate investments.

**Objective:** To construct an "aggressive" portfolio that will out perform a "traditional" equity/ bond portfolio of 70% equities and 30% bonds. This is achieved by reducing the respective weightings to equities and bonds, and making an allocation to hedge funds. The additional return is achieved while maintaining an equal level of risk (standard deviation).

4

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# II. PROPOSED HEDGE FUND ALLOCATION

5

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## Craig Bollman
## Recommended Hedge Fund Allocation

| | Style | Liquidity | Recommended Investment | % of Portfolio |
|---|---|---|---|---|
| **CORRELATED (Long/short equity)** | | | **$3,000,000** | **60.00%** |
| Hermes Partners, L.P. | Growth | Quarterly/30 days | $1,000,000 | 20.00% |
| Camelot Capital, L.P. | Technology | Quarterly/30 days | $1,000,000 | 20.00% |
| Sage Opportunity Fund (QP), L.P. | Opportunistic | Annually/ 30 days | $1,000,000 | 20.00% |
| **NON CORRELATED** | | | **$2,000,000** | **40.00%** |
| West Broadway | Event Driven | Quarterly/ 30 days | $1,000,000 | 20.00% |
| Clinton Riverside Covertible, L.P. | Convertible Arbitrage | Monthly/30 days | $1,000,000 | 20.00% |
| **TOTAL** | | | **$5,000,000** | **100.00%** |



Craig Bollman Recommended Hedge Fund Portfolio

Technology 20%
Growth 20%
Opportunistic 20%
Event Driven 20%
Convertible Arbitrage 20%

HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

## Performance Information for:
## Craig Bollman Recommended Hedge Fund Portfolio
### 8/98 - 7/01

### Historical Performance

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.13% | 0.07% | 0.96% | 1.30% | (0.23%) | (0.29%) | (0.09%) | | 1.12% | (0.08%) | 2.20% | | 3.88% |
| 1.71% | 5.28% | 1.38% | 2.21% | 1.32% | 2.67% | (0.15%) | 3.25% | 1.98% | (0.29%) | 1.08% | 8.22% | 22.52% |
| 3.68% | (0.75%) | 4.75% | 3.18% | 2.23% | 1.57% | 1.30% | 0.00% | 1.92% | (0.76%) | 3.53% | 4.57% | 35.13% |
| | | | | | | (0.47%) | | 2.24% | | | | 7.63% |

### Selected Statistics

| Annualized Compound Return | 22.78% |
|---|---|
| Average 12 Month Return | 27.44% |
| Geometric Monthly Return | 1.73% |
| Annualized Standard Deviation | 6.74% |
| Annualized Sharpe Ratio | 2.38 |

| Months Positive | 27 |
|---|---|
| Months Negative | 9 |
| % of Positive Months | 75% |
| Largest Drawdown | -0.76% |
| Largest Drawdown Length | 1 |

| | Fund | S&P 500 | NASDAQ |
|---|---|---|---|
| Value of $1000 | $1,851 | $1,105 | $1,082 |
| Correlation | | 0.40 | 0.65 |



**Risk vs. Return: Fund vs. Benchmarks**

Standard Deviation — Annualized Return

◆ NASDAQ   ● S&P 500 DRI   ■ Fund

**Down Market Analysis: Fund vs. S&P 500**

All Months: 1.74% / 0.43%
S&P Up Months: 4.92% / 2.59%
Down Months: 0.89%

■ Fund   ■ S&P 500

*HENNESSEE GROUP LLC*
HEDGE FUND ADVISORY

## Performance Information for:
## S&P 500 DRI
## 8/98 - 7/01

### Historical Performance

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 3.46% | (9.23%) | (6.42%) | 7.68% | 0.67% | (2.43%) | (0.98%) | | | | | | (7.96%) |
| 2000 | (5.09%) | (2.01%) | 9.67% | (3.08%) | (2.19%) | 2.39% | (1.63%) | 6.07% | (5.35%) | (0.49%) | (8.01%) | 0.41% | (10.14%) |
| 1999 | 4.18% | (3.11%) | 4.00% | 3.87% | (2.36%) | 5.55% | (3.12%) | (0.50%) | (2.74%) | 6.33% | 2.03% | 5.89% | 21.03% |
| 1998 | | | | | | | | (14.46%) | 6.41% | 8.13% | 6.06% | 5.76% | 10.40% |

### Selected Statistics

| | |
|---|---|
| Months Positive | 18 |
| Months Negative | 18 |
| % of Positive Months | 50% |
| Largest Drawdown | -15.06% |
| Largest Drawdown Length | 2 |

| | |
|---|---|
| Annualized Compound Return | 3.39% |
| Average 12 Month Return | 6.27% |
| Geometric Monthly Return | 0.28% |
| Annualized Standard Deviation | 18.99% |
| Annualized Sharpe Ratio | 0.01 |

| | S&P 500 | NASDAQ |
|---|---|---|
| Value of $1000 | $1,105 | $1,082 |
| Correlation | 1.00 | 0.77 |

8

6



| DATE | S&P 600 DRI | Bollman Recommended Portfolio | DIFFERENTIAL RETURN |
|---|---|---|---|
| Aug-98 | -14.46% | -0.47% | 13.99% |
| Feb-99 | -3.11% | -0.75% | 2.36% |
| May-99 | -2.36% | 2.23% | 4.59% |
| Jul-99 | -3.12% | 1.30% | 4.42% |
| Aug-99 | -0.50% | 0.00% | 0.50% |
| Sep-99 | -2.74% | 1.96% | 4.72% |
| Jan-00 | -5.09% | 1.71% | 6.80% |
| Feb-00 | -2.01% | 5.23% | 7.29% |
| Apr-00 | -3.08% | 2.21% | 5.29% |
| May-00 | -2.19% | 1.32% | 3.51% |
| Jul-00 | -1.63% | -0.15% | 1.48% |
| Sep-00 | -5.35% | 1.12% | 6.47% |
| Oct-00 | -0.49% | -0.29% | 0.20% |
| Nov-00 | -8.01% | -0.08% | 7.93% |
| Feb-01 | -9.23% | 0.07% | 9.30% |
| Mar-01 | -6.42% | 0.96% | 7.38% |
| Jun-01 | -2.43% | -0.29% | 2.14% |
| Jul-01 | -0.96% | -0.08% | 0.89% |
| Total | -73.20% | 16.06% | 89.26% |



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

**Craig Bollman Recommended Portfolio**
**Correlation Analysis August 1998 to July 2001**

| | Bollman Recommended Port. | Camelot | Clinton | Hennessee Hedge Fund Index | Hermes | NASDAQ | S&P 500 DRI | Sage | West Broadway |
|---|---|---|---|---|---|---|---|---|---|
| Bollman Recommended Port. | 1.000 | 0.821 | 0.362 | 0.716 | 0.435 | 0.646 | 0.399 | 0.813 | 0.103 |
| Camelot | 0.821 | 1.000 | 0.162 | 0.733 | 0.110 | 0.718 | 0.478 | 0.478 | (0.052) |
| Clinton | 0.362 | 0.162 | 1.000 | 0.218 | 0.059 | 0.010 | (0.084) | 0.140 | 0.008 |
| Hennessee Hedge Fund Index | 0.716 | 0.733 | 0.218 | 1.000 | 0.103 | 0.816 | 0.658 | 0.460 | 0.226 |
| Hermes | 0.435 | 0.110 | 0.059 | 0.103 | 1.000 | 0.110 | (0.063) | 0.386 | (0.008) |
| NASDAQ | 0.646 | 0.718 | 0.010 | 0.816 | 0.110 | 1.000 | 0.769 | 0.483 | 0.043 |
| S&P 500 DRI | 0.399 | 0.478 | (0.084) | 0.658 | (0.063) | 0.769 | 1.000 | 0.368 | 0.071 |
| Sage | 0.813 | 0.478 | 0.140 | 0.460 | 0.386 | 0.483 | 0.368 | 1.000 | (0.047) |
| West Broadway | 0.103 | (0.052) | 0.008 | 0.226 | (0.008) | 0.043 | 0.071 | (0.047) | 1.000 |

11

12



HENNESSEE GROUP LLC
HEDGE FUND ADVISORY

# III. STATISTICAL ANALYSIS OF RECOMMENDED HEDGE FUND MANAGERS

# Exhibit B

## 2001 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Additions/(Redemptions):** | | |
| Sage Opportunity Fund (QP) L.P. | September 1, 2001 | $1,000,000 |
| West Broadway Partners, LP | November 1, 2001 | 1,000,000 |
| **Total Investment(s)** | | **$2,000,000** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2002 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Sage Opportunity Fund (QP) L.P. | December 31, 2001 | $981,702 |
| West Broadway Partners, LP | December 31, 2001 | 1,019,747 |
| **Addition(s)** | | |
| Cobalt Partners, L.P. | January 1, 2002 | 1,000,000 |
| **Initial Investment(s)** | **January 1, 2002** | **$3,001,449** |
| | | |
| **Additions/(Redemptions):** | | |
| Bricoleur Partners II, L.P. | September 1, 2002 | 1,000,000 |
| **Total Investment(s)** | | **$4,001,449** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

# 2003 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bricoleur Partners II, L.P. | December 31, 2002 | $982,865 |
| Cobalt Partners, L.P. | December 31, 2002 | 1,051,737 |
| Sage Opportunity Fund (QP) L.P. | December 31, 2002 | 839,715 |
| West Broadway Partners, LP | December 31, 2002 | 995,874 |
| **Initial Investment(s)** | **January 1, 2003** | **$3,870,191** |
| | | |
| **Additions/(Redemptions):** | | |
| Bayou Accredited Fund, LLC | March 1, 2003 | 250,000 |
| Bayou Accredited Fund, LLC | May 1, 2003 | 250,000 |
| Bayou Accredited Fund, LLC | June 1, 2003 | 1,500,000 |
| **Total Investment(s)** | | **$5,870,191** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2004 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2003 | $2,221,447 |
| Bricoleur Partners II, L.P. | December 31, 2003 | 1,162,382 |
| Cobalt Partners, L.P. | December 31, 2003 | 1,220,635 |
| Sage Opportunity Fund (QP) L.P. | December 31, 2003 | 957,353 |
| West Broadway Partners, LP | December 31, 2003 | 1,040,012 |
| **Initial Investment(s)** | **January 1, 2004** | **$6,601,828** |
| | | |
| **Additions/(Redemptions):** | | |
| Bayou Accredited Fund, LLC | February 29, 2004 | (1,000,000) |
| Bayou Accredited Fund, LLC | March 31, 2004 | (750,000) |
| Sage Opportunity Fund (QP) L.P. | March 31, 2004 | (957,353) |
| West Broadway Partners, LP | June 30, 2004 | (1,040,012) |
| Bricoleur Partners II, L.P. | September 30, 2004 | (1,162,382) |
| Bayou Accredited Fund, LLC | October 1, 2004 | 900,000 |
| **Total Investment(s)** | | **$2,592,082** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

# 2005 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2004 | $1,496,945 |
| Cobalt Partners, L.P. | December 31, 2004 | 1,459,275 |
| **Total Investment(s)** | | **$2,956,220** |

**Notes:**

(1) BAYOU MANAGEMENT LLC - Due to the ongoing investigation of Bayou Management LLC, it is necessary to contact your tax adviser regarding the treatment of your investment.

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

## 2006 Statement of Cash Flows for Mr. Craig Bollman

| Manager | Date | Amount |
|---|---|---|
| **Ending Balances(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2005 | $1,565,140 |
| Cobalt Partners, L.P. | December 31, 2005 | 1,703,212 |
| **Full Redemption(s)** | | |
| Bayou Accredited Fund, LLC | December 31, 2005 | (1,565,140) |
| **Total Investment(s)** | | **$1,703,212** |

**Notes:**

Performance numbers are obtained from the managers and are unaudited estimates. Numbers are net of management and incentive fees, and should not be used for tax purposes.

Performance data is not confirmed by Hennessee Group LLC, and no representation is made with respect to the accuracy and completeness of the data.

Performance numbers are subject to change.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Exhibit C

Hennessee Hedge Fund Advisory Group

## 2001 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Allocation | 2001 (est.) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | $ Gain/(Loss) | Current Value | % Return Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Broadway Partners, LP | 8.37% | 50.34% | | 2.30% | 0.35% | 0.21% | 1.22% | 2.16% | -1.30% | 1.61% | 1.45% | -1.30% | 0.09% | 0.23% | 1.69% | $19,747 | $1,019,747 | 1.97% |
| Hennessee Event Driven Index | | | | -2.6% | 1.1% | -0.6% | 1.6% | 2.7% | 1.0% | 1.0% | 0.5% | -1.9% | -1.6% | 2.7% | 2.4% | | | |
| Sears Opportunity Fund (QP) L.P | 0.47% | 49.66% | | 5.10% | 0.40% | -0.70% | 1.70% | -1.23% | -1.90% | -1.44% | 0.50% | 0.61% | -2.40% | -2.30% | 2.80% | ($17,805) | $982,195 | -1.78% |
| Hennessee Opportunistic Index | | | | | | | | | | | | | | | | | | |
| General Fund | -7.38% | 49.66% | | 2.2% | -2.5% | 2.0% | 0.7% | 0.7% | 1.0% | -1.3% | -1.7% | -2.4% | 0.7% | -1.8% | 1.7% | $979,541 | $2,001,943 | |
| | | 100.00% | | | | | | | | | | | | | | $1,998,243 | | |
| S&P 500 DRI | -11.89% | | | 3.5% | -9.2% | -6.4% | 7.7% | 0.6% | -2.4% | -0.9% | -6.2% | -8.0% | 1.9% | 7.6% | 0.8% | | | |
| MSCI EAFE (USD) Price Index | -21.50% | | | -6.0% | -7.4% | -6.9% | 6.7% | -3.8% | -4.2% | -1.8% | -2.7% | -10.3% | 2.3% | 3.6% | 0.5% | | | |
| Russell 2000 | 1.03% | | | 5.1% | -6.6% | -5.0% | 7.7% | 2.3% | 3.2% | -5.4% | -3.3% | -13.9% | 5.7% | 7.6% | 6.0% | | | |
| NASDAQ | -21.04% | | | 12.3% | -22.4% | -14.4% | 15.0% | -0.2% | 2.2% | -6.1% | -10.9% | -16.8% | 12.7% | 14.2% | 1.0% | | | |
| Hennessee Hedge Fund Index | 4.94% | | | 2.6% | -1.0% | -1.6% | 1.7% | 1.4% | 0.4% | -1.2% | -0.6% | -2.7% | 1.0% | 2.2% | 1.6% | | | |

**Portfolio Returns (AIMR Standards):**

| | | |
|---|---|---|
| Time Weighted | -0.92% | |
| Dollar Weighted | 0.12% | |

See notes on the Statement of Cash Flows

Please feel free to contact your Hedge Fund Consultant, Lennan Principe or Brian Snider at 212-857-4458. (Jan 11 2001; 10:59 AM)

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns

Homesave Hedge Fund Advisory Group

## 2002 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % to Beginning | 2001 (est.) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | Current Value | $ Gain (Loss) | % Return Since Jan 1 or Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Broadway Partners, LP | -2.34% | 22.74% | $1,019,747 | 0.70% | -0.67% | 1.43% | -1.64% | -0.30% | -3.40% | 0.81% | | 0.21% | -0.23% | 0.80% | | $995,897 | ($23,850) | -2.34% |
| Homesave Hedge Event-Driven Index | | | | 0.88% | -0.73% | 1.63% | 2.48% | 0.24% | -3.36% | 0.87% | | -0.61% | 1.62% | 1.62% | | | | |
| Brookline Partners II, L.P. | 0.22% | 23.37% | | 1.66% | -0.22% | 1.90% | 2.71% | 0.42% | -3.53% | -0.57% | | -1.70% | -2.85% | 0.90% | | $591,435 | ($18,565) | -1.86% |
| Homesave Growth Index | -17.65% | 23.17% | | -0.10% | -2.08% | 3.07% | -1.31% | -1.41% | -3.57% | 0.64% | | -1.27% | 1.11% | -2.92% | | | | |
| Seair Opportunity Fund (OPI) L.P. | -14.55% | 21.68% | $981,702 | -7.56% | -3.36% | 3.13% | -0.04% | 0.93% | -2.34% | 0.01% | | 1.93% | -2.11% | -2.60% | | $838,336 | ($142,866) | -14.55% |
| Homesave Opportunistic Index | -8.17% | 21.65% | | -0.97% | -2.52% | 2.62% | -0.26% | -0.60% | -1.25% | -0.25% | | -1.95% | -2.67% | -2.22% | | | | |
| Cobalt Partners, L.P. | 5.24% | 27.20% | $1,000,000 | 0.31% | -1.15% | 1.30% | 2.38% | 0.78% | -0.51% | 1.40% | | 2.23% | -2.96% | 0.31% | | $1,052,419 | $52,419 | 5.24% |
| Homesave Value Index | -2.92% | 27.20% | | 0.73% | -0.65% | 2.17% | 0.61% | -0.10% | -2.09% | -2.05% | | 2.18% | 1.28% | 1.78% | | | | |
| **Grand Total** | | 100.00% | $3,001,449 | | | | | | | | | | | | | $3,868,587 | ($132,962) | |

| | | | |
|---|---|---|---|
| S&P 500 100 | -22.19% | | -1.44% | -1.97% | 3.79% | -6.07% | -0.74% | -7.12% | -7.80% | 0.60% | -10.87% | 8.64% | 5.90% | -5.90% |
| MSCI EAFE (USD) Price Index | -17.52% | | -3.40% | -0.57% | 3.15% | 0.45% | 0.95% | -4.41% | -9.56% | -0.87% | -0.88% | 3.58% | 4.67% | -3.42% |
| Russell 2000 | -20.15% | | -1.60% | -2.76% | 8.64% | -0.81% | -4.46% | -5.09% | -15.18% | -0.36% | -7.46% | 3.10% | 8.80% | -5.77% |
| NASDAQ | -31.53% | | -0.86% | -10.47% | 6.55% | -8.51% | -4.29% | -9.44% | -9.22% | -1.01% | -10.86% | 13.45% | 11.17% | -9.69% |
| Homesave Hedge Fund Index | -3.53% | | 0.35% | -0.80% | 1.53% | -0.97% | -0.20% | -2.88% | -3.27% | 0.33% | -7.77% | 8.07% | 2.67% | -0.68% |

| Portfolio Returns (AIMR Standards) | | | |
|---|---|---|---|
| Time-Weighted | -3.93% | -2.07% | -1.67% | 1.90% | 0.18% | 0.44% | -2.05% | 0.18% | 0.03% | -2.13% | -0.17% | 0.22% |
| Dollar-Weighted | -3.88% | | | | | | | | | | | |

See notes on the Statement of Cash Flows

Please feel free to contact your Hedge Fund Consultant, Lucas Phiops or Brian Sacker at 212-857-6638. (Feb 3 2003, 1:01 PM)

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Homestate Hedge Fund Advisory Group

## 2003 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Weighting | 2003 (est.) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | $ Gain/ (Loss) | $ Return Since Inc. at Inception | Current Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West Broadway Partners, LP | 4.52% | 15.79% | $995,874 | -0.26% | 0.31% | 0.50% | 0.60% | 1.40% | 0.00% | 0.40% | 0.15% | 0.12% | 0.44% | 0.30% | 0.55% | $45,034 | 4.52% | $1,040,908 |
|  |  |  |  | $993,283 | $996,364 | $1,001,346 | $1,007,354 | $1,021,457 | $1,021,457 | $1,027,081 | $1,022,989 | $1,024,188 | $1,032,532 | $1,035,730 | $1,040,908 |  |  |  |
| Homestate Event-Driven Index |  | 15.79% |  | -0.24% | -0.03% | -1.56% | 2.27% | 2.62% | 1.62% | 2.62% | 0.62% | 2.27% | 1.07% | 0.22% | 2.27% |  | 4.52% |  |
| Brookview Partners E.L.P. |  | 17.54% | $982,865 | 0.03% | -0.01% | 0.62% | 2.31% | -1.38% | 1.62% | 0.56% | 2.15% | 2.10% | 0.56% | 2.20% | 0.02% | $175,390 | 17.84% | $1,156,255 |
|  |  | 17.14% |  | $983,160 | $983,061 | $989,087 | $1,010,065 | $996,102 | $1,061,552 | $1,082,889 | $1,112,495 | $1,135,947 | $1,144,581 | $1,156,255 |  |  |  |  |
| Homestate Growth Index |  |  |  | -0.12% | -0.92% | 0.80% | -2.72% | 1.69% | 1.62% | 2.45% | -2.41% | 0.93% | 2.42% | -1.47% | 1.77% |  | 17.84% |  |
| Burns Annualized Fund, LLC | 15.47% | 33.70% | 1.09% | 1.09% | 0.00% | 1.22% | 1.65% | 1.15% | 1.65% | 2.59% | -0.65% | 1.65% | 1.48% | 1.02% | -0.98% | $221,481 | 14.23% | $2,221,481 |
|  |  |  |  |  |  | $233,050 | $235,656 | $211,380 | $2,048,571 | $2,108,164 | $2,094,397 | $2,128,955 | $2,160,664 | $2,182,650 | $2,221,481 |  |  |  |
| Seah Opportunity Fund (QP) L.P. | 13.94% | 14.50% | $875,715 | 1.86% | -0.50% | 0.50% | 0.06% | 3.20% | -0.80% | 1.30% | 0.86% | 0.46% | 0.80% | -1.50% | 0.00% | $116,246 | 13.84% | $955,961 |
|  |  |  |  | $854,850 | $850,556 | $851,107 | $853,116 | $922,571 | $915,687 | $950,683 | $956,644 | $970,508 | $970,769 | $955,961 |  |  |  |  |
| Homestate Opportunistic Index |  | 14.65% |  | 0.20% | -0.97% | -0.62% | 1.83% | 7.2% | 1.22% | -0.92% | 0.07% | 2.15% | 1.65% | 1.95% |  |  |  |  |
| Cobalt Partners, LP | 15.81% | 18.48% | $1,051,737 | 1.96% | -1.27% | 0.67% | 3.86% | 3.81% | 2.31% | 0.65% | 2.31% | 0.26% | 2.31% | 1.77% |  | $166,274 | 15.81% | $1,218,011 |
|  |  |  |  | $1,072,351 | $1,058,732 | $1,065,825 | $1,074,779 | $1,113,793 | $1,139,522 | $1,144,981 | $1,144,567 | $1,177,042 | $1,197,062 | $1,218,011 |  |  |  |  |
| Homestate Value Index |  | 16.64% |  | 0.63% | -1.09% | -0.59% | 1.69% | 1.08% | 2.10% | 1.77% | 1.51% | 0.42% | 1.73% | 2.0% |  | 15.81% |  |
| **Grand Total** | **27.78%** | **100.00%** | **$3,870,191** | **$4,273,314** | **$3,888,713** | **$4,173,214** | **$4,231,949** | **$4,414,984** | **$4,186,788** | **$4,392,337** | **$6,323,054** | **$6,495,407** | **$6,493,313** | **$6,595,616** |  | **$722,425** | **$6,595,616** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| S&P 500 DJII | 28.15% |  |  | -2.60% | -1.53% | 1.00% | 8.20% | 5.25% | 1.28% | 1.69% | 1.83% | -1.06% | 5.66% | 0.81% | 5.20% |  |  |  |
| MSCI EAFE (USD) Price Index | 31.59% |  |  | -4.23% | -2.47% | -2.70% | 9.58% | 5.66% | 2.19% | 2.51% | 2.18% | 2.92% | 2.08% | 2.08% | 7.77% |  |  |  |
| Russell 2000 | 43.59% |  |  | -2.85% | -1.14% | 1.12% | 9.77% | 10.62% | 1.67% | 6.17% | 6.17% | 4.58% | 8.17% | 1.46% | 1.86% |  |  |  |
| NASDAQ | 50.01% |  |  | -1.09% | 1.26% | 0.27% | 9.18% | 8.99% | 1.68% | 6.92% | 6.92% | -1.09% | 8.17% | 1.45% | 2.20% |  |  |  |
| Homestate Index Fund Index | 39.61% |  |  | 0.70% | -0.25% | 0.42% | 2.70% | 3.60% | 1.45% | 1.24% | 1.62% | 1.61% | 2.64% | 1.10% | 1.83% |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Portfolio Return (AIMR Standards):** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Time Weighted | 14.46% |  |  | 0.66% | -0.88% | 0.81% | 0.93% | 3.47% | 1.16% | 1.87% | 1.87% | 1.15% | 1.31% | 0.38% | 1.18% |  |  |  |
| Dollar Weighted | 14.19% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

See notes on the Statement of Cash Flows

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Lennae Procopio or Brian Sadder at 212-877-6436. (As of 15 2004, 5:05 PM)

Hennessee Hedge Fund Advisory Group

## 2004 Portfolio Performance Monitor Prepared for Mr. Craig Boltman

| Manager | YTD Return | Current % Weighting | 2004 (est) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | 1-Year Gain/(Loss) | Current Value | % Return Gain/(Loss) in Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brookline Partners II, L.P. | 2.73% | | $1,162,382 | 1.11% $1,175,284 | .71% $1,191,581 | 0.82% $1,201,184 | 0.81% $1,215,187 | 0.23% $1,217,982 | -0.61% $1,210,508 | -0.02% $1,188,660 | 0.71% $1,184,280 | -0.01% $1,194,160 | | | | | $31,779 | |
| Hennessee Growth Index | 6.67% | | | -2.90% | .07% | -1.11% | -2.18% | -0.57% | 1.10% | 2.68% | -3.73% | | | | 2.12% | | | 2.73% |
| West Broadway Partners, LP | 1.11% | | $1,040,012 | 1.47% $1,055,092 | 0.32% $1,058,468 | .95% $1,064,713 | -0.38% $1,060,668 | -0.34% $1,057,061 | -0.52% $1,051,561 | -0.85% $1,042,625 | | | | | 2.52% | | $11,553 | |
| Hennessee Larger Leverage Index | -.77% | | | -0.57% | 0.62% | -5.47% | -0.29% | 0.15% | 0.13% | | | | | | 1.46% | | | 1.11% |
| Baron Ascended Fund, LLC | 12.68% | 50.70% | $2,221,447 | 1.56% $2,254,550 | 0.28% $2,250,812 | 1.15% $2,304,884 | 1.06% $2,520,326 | 1.02% $2528,652 | 0.07% $329,023 | 7.10% $336,038 | 1.43% $543,806 | 0.71% $547,667 | | | 2.23% | $123,274 | | |
| Sage Opportunity Fund (QP) L.P | 2.93% | 50.70% | $973,333 | 0.82% $960,203 | -0.71% $958,390 | -3.82% $980,371 | | | | | | | | | 1.45% $1,456,064 | 0.55% $1,488,354 | $1,496,721 | 12.68% |
| Hennessee Opportunistic Index | 8.50% | 50.70% | | -7.18% | 0.73% | -5.41% | -2.99% | 0.60% | 0.02% | -1.83% | 0.18% | -1.21% | | | | | $28,023 | 2.93% |
| Cook Partners, L.P | 19.23% | 49.30% | $1,247,483 | 2.22% $1,279,789 | 2.19% $1,301,172 | 1.67% $1,294,275 | -0.37% $1,294,255 | 1.18% $1,319,514 | 0.17% $1,324,396 | 0.41% $1,329,826 | 0.71% $1,339,268 | 1.31% $1,337,380 | 0.96% $1,362,375 | 4.17% $1,413,184 | 3.46% $1,455,231 | $234,596 | | 19.32% |
| Hennessee Value Index | 12.12% | 49.30% | | 1.05% | 1.05% | 0.00% | -0.01% | -0.22% | 1.45% | 1.01% | 0.04% | 2.13% | 0.71% | 0.13% | 3.27% | $1,455,231 | | |
| **Grand Total** | | 100.00% | $6,601,828 | $6,462,811 | $6,583,338 | $6,498,436 | $54,133,208 | $54,115,293 | $3,983,720 | $3,896,907 | $3,698,907 | $3,818,436 | $2,907,718 | $2,995,952 | $2,951,952 | $431,224 | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&P 500 DRI | 10.87% | | | 1.84% | 1.39% | -1.51% | -1.37% | 1.37% | 1.94% | -3.31% | 0.49% | 1.08% | 1.53% | 4.05% | 1.40% |
| MSCI EAFE (USD) Price Index | 17.59% | | | 1.37% | 2.08% | 0.01% | -2.53% | -0.07% | 1.99% | -3.22% | 0.18% | 2.47% | 3.53% | 6.64% | 4.15% |
| Russell 2000 | 18.32% | | | 4.34% | 0.80% | 0.83% | -5.19% | 1.78% | 4.21% | -6.75% | -0.71% | 4.69% | 1.97% | 8.67% | 2.94% |
| NASDAQ | 8.59% | | | 3.13% | -1.76% | -1.75% | -3.71% | 3.47% | 3.07% | -7.81% | -2.61% | 3.20% | 4.12% | 6.17% | 3.75% |
| Hennessee Hedge Fund Index | 8.51% | | | 2.00% | 0.96% | -0.40% | -1.46% | -0.40% | 0.51% | -1.19% | 0.03% | 1.54% | 0.56% | 2.78% | 1.92% |

| Portfolio Returns (LEHER Standards): | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Weighted | 11.01% | | | 1.09% | 0.82% | 1.17% | 0.11% | 0.80% | -0.19% | -0.39% | 0.64% | 0.70% | 0.49% | 3.17% | 1.52% |
| Dollar Weighted | 11.01% | | | | | | | | | | | | | | |

See notes to the Statement of Cash Flows.

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Lennox Principe or Reina Stelder at 212-857-4430. (Jan 31 2005, 6:34 PM)

Hennessee Hedge Fund Advisory Group

## 2005 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Beginning | 2005 (est.) Beginning Value | January | February | March | April | May | June | July | August | September | October | November | December | Current Value | $ Gain (Loss) | % Return Since Jan 1 & Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bayou Accredited Fund, LLC (1) | 4.56% | 47.89% | $1,496,945 | 0.59% $1,505,777 | 1.01% $1,521,042 | 2.13% $1,553,471 | 0.18% $1,556,267 | 0.57% $1,565,138 | 0.00% $1,565,139 | 0.00% $1,565,140 | 0.00% $1,565,140 | $1,565,140 | $1,565,140 | $1,565,140 | $1,565,140 | $1,565,140 | $68,195 | 4.56% |
| *Hennessee Opportunistic Index* | *7.82%* | *47.91%* | | *-0.89%* | *0.61%* | *-0.47%* | *-2.44%* | *2.17%* | *2.1%* | *2.3%* | *1.2%* | *2.2%* | *-1.62%* | *1.02%* | *2.3%* | | | *4.56%* |
| Cobalt Partners, L.P. | 16.72% | 52.11% | $1,459,273 | 1.66% $1,474,743 | 3.48% $1,526,064 | 2.56% $1,486,997 | -0.23% $1,482,314 | 3.23% $1,516,642 | 5.75% $1,573,516 | 5.05% $1,652,979 | 0.81% $1,668,343 | -2.71% $1,637,259 | 1.5% $1,676,390 | 1.6% $1,703,212 | 1.6% | $1,703,212 | $243,937 | 16.72% |
| *Hennessee Value Index* | *7.99%* | *52.11%* | | *-0.57%* | *2.88%* | *-1.7%* | *-2.1%* | *1.1%* | *2.0%* | *2.2%* | *8.82%* | *-2.35%* | *1.9%* | *7.9%* | *1.9%* | | | |
| **Grand Total** | 7.99% | 100.00% | $2,956,228 | $2,980,520 $2,980,520 | $3,047,077 | $3,040,468 | $3,039,581 | $3,081,780 | $3,138,656 | $3,218,118 | $3,234,483 | $3,202,399 | $3,241,529 | $3,268,352 | | $3,268,352 | $312,132 | 16.72% |
| S&P 500 DRI | 4.9% | | | -2.44% | 2.10% | -1.77% | -1.90% | 3.18% | 0.14% | 3.72% | -0.91% | 0.81% | -1.67% | 3.78% | 0.04% | | | |
| MSCI EAFE (USD) Price Index | 10.85% | | | -3.88% | 1.9% | -2.89% | -2.73% | -0.08% | 1.27% | 3.57% | 2.36% | 4.25% | -2.97% | 2.27% | 4.61% | | | |
| Russell 2000 | 4.56% | | | -4.17% | 1.69% | -2.68% | -5.73% | 6.53% | 3.80% | 6.39% | -1.83% | 0.31% | -3.08% | 4.85% | -0.46% | | | |
| NASDAQ | 1.38% | | | -5.20% | -0.32% | -2.6% | -3.88% | 7.61% | -0.5% | 6.27% | -1.50% | -0.02% | -1.46% | 5.13% | -1.23% | | | |
| *Hennessee Hedge Fund Index* | *7.81%* | | | *-0.56%* | *1.3%* | *-0.88%* | *-1.62%* | *1.6%* | *1.39%* | *2.26%* | *0.73%* | *1.68%* | *-1.47%* | *1.30%* | *1.66%* | | | |
| **Portfolio Return (AIMR Standards):** | | | | | | | | | | | | | | | | | | |
| Time Weighted | 10.50% | | | 0.82% | 2.2% | -0.22% | -0.04% | 1.4% | 1.81% | 0.42% | 0.62% | 0.42% | -1.40% | 1.72% | 0.82% | | | |
| Dollar Weighted | 10.50% | | | | | | | | | | | | | | | | | |

See notes on the Statement of Cash Flows

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.

Please feel free to contact your Hedge Fund Consultant, Leanna Procope or Brian Snider at 212-857-4430. (Jan 31 2006, 5:18 PM)

Hennessee Hedge Fund Advisors Group

## 2006 Portfolio Performance Monitor Prepared for Mr. Craig Bollman

| Manager | YTD Return | Current % Weighting | 2006 (mo.) Beginning Value | January | February | March | April | May | Current Value | $ Gain/ (Loss) | % Return Since Jan. 1 or Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cobalt Partners, L.P. | 4.49% | 100.00% | $1,703,212 | 2.58% $1,747,155 | -0.84% $1,732,479 | 1.05% $1,750,670 | 3.32% $1,808,792 | -1.61% $1,779,671 | $1,779,671 | $76,458 | 4.49% |
| *Hennessee Value Index* | *5.86%* | *100.00%* | | *1.43%* | *0.37%* | *1.95%* | *1.64%* | *-1.60%* | | | |
| **Grand Total** | | **100.00%** | **$1,703,212** | **$1,747,155** | **$1,732,479** | **$1,750,670** | **$1,808,792** | **$1,779,671** | **$1,779,671** | **$76,458** | |
| | | | | | | | | | | | |
| *S&P 500 DRI* | *2.57%* | | | *2.65%* | *0.27%* | *1.25%* | *1.34%* | *-2.88%* | | | |
| *MSCI EAFE (USD) Price Index* | *9.09%* | | | *6.10%* | *-0.35%* | *2.88%* | *4.51%* | *-4.04%* | | | |
| *Russell 2000* | *7.51%* | | | *8.97%* | *-0.28%* | *4.85%* | *-0.02%* | *-5.62%* | | | |
| *NASDAQ* | *-1.20%* | | | *4.56%* | *-1.06%* | *2.56%* | *-0.74%* | *-6.19%* | | | |
| *Hennessee Hedge Fund Index* | *5.94%* | | | *3.48%* | *0.57%* | *1.78%* | *1.31%* | *-1.27%* | | | |
| | | | | | | | | | | | |
| ***Portfolio Return [AIMR Standard]:*** | | | | | | | | | | | |
| *Time Weighted:* | *4.49%* | | | *2.58%* | *-0.84%* | *1.05%* | *3.32%* | *-1.61%* | | | |
| *Dollar Weighted:* | *4.49%* | | | | | | | | | | |
| | | | | | | | | | | | |
| See notes on the Statement of Cash Flows. | | | | | | | | | | | |

Please feel free to contact your Hedge Fund Consultant, Brian Snider or Samuel Norvell at 212-857-4400. (Jun 13 2006, 5:47 PM)

The information in this report is confidential and proprietary. Past performance is not a guarantee of future returns.