UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION

06 MD 1755 (CM)

--- X

THIS DOCUMENT RELATES TO:

--- X

SOUTH CHERRY STREET, LLC,

      Plaintiff,

No.: 06-cv-02943 (CM)

vs.

HENNESSEE GROUP LLC,
ELIZABETH LEE HENNESSEE and
CHARLES GRADANTE

**STIPULATION FOR FILING OPPOSITION AND REPLY PAPERS**

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the Plaintiff shall file any opposition to Defendants' Motion to Dismiss on or before March 2, 2007 and that Defendants shall file any reply papers on or before March 16, 2007.

BINGHAM McCUTCHEN LLP

By: _____
Ted Poretz (TP 5357)
399 Park Avenue
New York, NY 10022
212-705-7412
212-702-3618
Attorneys for Plaintiff
South Cherry Street, LLC

BRESSLER, AMERY & ROSS, P.C.

By: _____
Matthew C. Plant (MP 0328)
17 State Street, 34th Floor
New York, NY 10004
212-425-9300
212-425-9337
Attorneys for Defendants
Hennessee Group, LLC, Elizabeth Lee
Hennessee and Charles Gradante

stipulation re_ opposition and reply.doc

So Ordered:

_____
Colleen McMahon, U.S.D.J.

2-15-07

stipulation re_ opposition and reply doc

TOTAL P.04





# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX. (212) 425-9337
www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

February 12, 2007

**Via Facsimile Only**
(914) 390-4152 and (212) 805-6326
The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: In re Bayou Hedge Fund Litigation, MDL No. 1755

South Cherry Street LLC v. Hennessee Group LLC,
Elizabeth Lee Hennessee and Charles A. Gradante,
No.: 06-cv-02943 (CM)

Dear Judge McMahon:

Enclosed is a Stipulation For Filing Opposition and Reply Papers in the above-referenced matter. If acceptable, we respectfully request that Your Honor So Order the Stipulation. Please feel free to contact me if Your Honor has any questions.

Respectfully submitted,

Bressler, Amery & Ross, P. C.

Matthew C. Plant (MP 0328)

MCP:jk
Enclosure
cc: Ted Poretz, Esq. (by facsimile and regular mail, w/encl.)

834848_1