# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 425-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

U.S. DISTRICT COURT FILED MAR 8 – 2007 S.D. OF N.Y.

March 7, 2007


RECEIVED MAR - 7 2007 CHAMBERS OF COLLEEN McMAHON

**Via Facsimile Only**
(914) 390-4152 and (212) 805-6326
The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re: In re Bayou Hedge Fund Litigation, MDL No. 1755

South Cherry Street LLC v. Hennessee Group LLC,
Elizabeth Lee Hennessee and Charles A. Gradante,
No.: 06-cv-02943 (CM)

Dear Judge McMahon:    *take off motion calendar*

Enclosed is a Stipulation that sets forth the parties' agreement as to Defendants' time to answer or otherwise move with respect to the Amended Complaint, for Plaintiff to file its opposition to Defendants' motion and for Defendants to file reply papers. Please be advised that Defendants withdraw their prior Motion to Dismiss, but reserve the right to file a Motion directed at the Amended Complaint in accordance with the agreed upon schedule. If the Stipulation is acceptable, we respectfully request that Your Honor So Order the Stipulation. Please feel free to contact me if Your Honor has any questions.

Respectfully submitted,

Bressler, Amery & Ross, P. C.

Matthew C. Plant
Matthew C. Plant (MP 0328)

Enclosure
cc: Ted Poretz, Esq. (by facsimile and regular mail, w/encl.)

838962_1