UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

Thomas Gleason, et al.,                               :

                      Plaintiffs,                    :        7:06-md-01755 (CM)

                   -against-                     :

Bayou Management, LLC, et al.,                        :

                  Defendants.                      :

------------------------------------------------------X

                                     :

In Re:                                                :

Bayou Group, LLC, et al.,                             :        Chapter 11
                                   :        USBC Case No. 06-22306 (ASH)
                                   :        Adversary No. 06-08294

                   Debtors.                       :

------------------------------------------------------X

COLLEEN McMAHON, U.S. District Judge.

        Eric Garfinkel and Diane Garfinkel, defendants in the above captioned adversary

proceeding, have filed a motion for leave to appeal from the decision of the Bankruptcy Court

denying defendant's motion to dismiss. In a separate proceeding before this Court and assigned

to this Judge captioned 7:06-md-01755 (CM), the "Bayou funds" are defendants in a multi-

district litigation action. Because the Garfinklel's motion for leave to appeal is substantially

related to the Bayou fund's multi-district litigation action, and because the interests of justice,

efficiency and convenience will be served by accepting as related the Garfinkel's motion and any

other related motions for leave to appeal filed by any of the other defendants in the above

USDC SD NY WP

MAR 27 2007

MICROFILM

captioned adversary proceeding, see Rules for the Division of Business Among District Judges,

Southern District, Rule 15, IT IS HEREBY ORDERED THAT:

      1) The motion of Eric Garfinkel and Diane Garfinkel for leave to appeal be

assigned to Judge McMahon as related to 7:06-md-01755 (CM); and

      2) Any subsequent related motions for leave to appeal filed by any of the other

defendants in the above captioned adversary proceeding also be assigned to Judge McMahon as

related to 7:06-md-01755 (CM).

Dated: New York, New York
     March 15, 2007

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.