UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : : : : | 06 MD 1755 (CM) |

------------------------------------------------------------- X
THIS DOCUMENT RELATES TO:
------------------------------------------------------------- X

| | | |
|---|---|---|
| SOUTH CHERRY STREET, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>HENNESSEE GROUP LLC,<br>ELIZABETH LEE HENNESSEE and<br>CHARLES GRADANTE<br><br>         Defendants. | : : : : : : : : : : : : : : : | No.: 06-cv-02943 (CM)<br><br><br>NOTICE OF MOTION<br>TO DISMISS AMENDED<br>COMPLAINT<br><br><br>**Electronically Filed** |

---

TO:  Ted Poretz, Esq.
     Bingham McCutchen LLP
     399 Park Avenue
     New York, NY   10022-4689
     Attorneys for Plaintiff South Cherry Street, LLC


SIRS:

PLEASE TAKE NOTICE that on the Declaration of Matthew Wolper, the document attached thereto, the Declaration of Charles Gradante, the documents attached thereto and accompanying Brief, the undersigned, attorneys for Defendants, Hennessee Group LLC, Charles Gradante and Elizabeth Lee Hennessee, will move this Court before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007 for an Order dismissing the Amended

843960_1

1843960_1

Complaint against the Defendants pursuant to Rules 9(b) and 12(b)(6), Federal Rules of Civil Procedure with prejudice.

Dated: April 6, 2007

                                            Respectfully submitted,

                                            BRESSLER, AMERY & ROSS, P.C.
                                            17 State Street, 34th Floor
                                            New York, New York 10004
                                            (212) 425-9300
                                            (212) 425-9337
                                            bfalk@bressler.com
                                            Attorneys for Defendants
                                            Hennessee Group LLC,
                                            Elizabeth Lee Hennessee and
                                            Charles Gradante


By:_____/s/_____
    Bennett Falk (BF 5539)

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, a copy of the *Notice of Motion to Dismiss Amended Complaint* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/
                             Matthew C. Plant (MP 0328)