UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | : : : : | 06 MD 1755 (CM) |
| ------------------------------------------------------------ X | | |
| THIS DOCUMENT RELATES TO: | : | |
| ------------------------------------------------------------ X | : : | |
| SOUTH CHERRY STREET, LLC, | : | |
| Plaintiff, | : : : | No.: 06-cv-02943 (CM) |
| vs. | : : | |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES GRADANTE | : : : : | DECLARATION OF MATTHEW WOLPER |
| Defendants. | : : | **Electronically Filed** |

STATE OF FLORIDA          )
                          ) ss.:
COUNTY OF BROWARD         )

    Pursuant to 28 U.S.C. § 1746(2) (2004), I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Matthew Wolper. I am more than 18 years of age and understand the nature and obligation of an oath. I have personal knowledge of the facts and statements contained in this Declaration and each of them is true and correct. I am attorney representing Hennessee Group, LLC, Charles Gradante and Elizabeth Lee Hennessee in the above-referenced matter.

2. I submit this Declaration in support of the Defendants' Motion to Dismiss Amended Complaint for the purpose of attaching your honor's Memorandum Order Denying Motion by Defendants to Stay This Action and to Compel Arbitration ("Memorandum Order").

3. For the Court's convenience, the Memorandum Order is attached hereto as Exhibit D.

843966_1

    Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true.

**Executed on April** \_\_\_6\_\_\_**, 2007**

_____
Matthew Wolper