# Exhibit A



# Hennessee Hedge Fund Advisory Group

## Investor Presentation

### *Your Strategic Partner In Hedge Fund Investing*

# Hennessee Hedge Fund Advisory Group

## Investor Presentation

*Your Strategic Partner In Hedge Fund Investing*

## Table of Contents

I.    What is a Hedge Fund
II.   Why Invest in Hedge Funds
III.  Who We Are
IV.   Hennessee Group Value Added
V.    The Importance of Due Diligence
VI.   On Going Due Diligence









### Hedge Fund Performance
### Hennessee Index   vs. S&P 500 During Periods of Market Decline
(January 1, 1993-September 2000)

| Month | Year | S&P 500 | Hennessee Index | Differential |
|---|---|---|---|---|
| April | 1993 | -2.31% | 1.04% | 3.35% |
| July | 1993 | -0.30% | 2.10% | 2.40% |
| Feb-March | 1994 | -6.90% | -2.69% | 4.27% |
| Sept.-Nov | 1994 | -3.69% | -1.11% | 2.77% |
| July | 1996 | -4.42% | -3.43% | 1.99% |
| March | 1997 | -4.11% | -0.80% | 3.31% |
| August | 1997 | -5.60% | -0.34% | 5.94% |
| October | 1997 | -3.34% | -0.91% | 2.43% |
| May | 1998 | -1.72% | -1.63% | 0.09% |
| Jul-Aug | 1998 | -15.37% | -9.25% | 6.12% |
| Jul-Sept | 1999 | -6.25% | 0.71% | 6.96% |
| Jan-Feb | 2000 | -6.82% | 7.05% | 13.87% |
| April | 2000 | -3.01% | -3.03% | 0.03% |
| July | 2000 | -1.98% | -6.90% | 8.88% |
| September | 2000 | -5.34% | -0.40% | 4.94% |
| | Totals: | -71.14% | -10.71% | 67.27% |

4



### Hedge Fund Performance Characteristics 1987-1999

- Hedge funds outperformed in:
  - AVERAGE MARKETS: S&P 500 Index +21% in 2000. Hedge funds, the S&P has had an average annual return of 21% since 1987 for example.
  - DOWN MARKETS: especially in sectors of a hedge correction, for example 1987, 1990, 2000 and others as a rising equities correction for example.

- Largely due to the losses associated with hedging, hedge funds underperformed in markets characterized by excessive valuation, speculative trading, and momentum trading, for example.

- When included as part of a traditionally managed portfolio, hedge funds can lower return volatility (standard deviation) and enhance overall return.

- Unlike traditionally managed portfolios, hedge funds are both offensive and defensive investment approach.
  - Hedge funds can participate on the upside in a bull market and protect capital in a bear market.



III. Who We Are

## Hennessee Group LLC

- **Industry Leader:**
- **Investor:**
- **Focus:**
- **Experience:**
- **Hennessee Hedge Fund Indices:**
- **Research:**
- **Hands-on:**

## Hennessee Group Principals







IV.  Hennessee Group
Value Added



### Hennessee Group Value Added

- PRESENCE IN THE HEDGE FUND INDUSTRY
- HANDS ON EXPERIENCE IN MANAGING MONEY
- PROFESSIONAL NETWORK
- PROPRIETARY DATABASE AND ANALYTICS
- ASSET ALLOCATION AND MANAGER SELECTION PROCESS
- PERFORMANCE MONITORING PROCESS
- ENGAGE DUE DILIGENCE PROCESS













# Level Three Due Diligence

## ONSITE INTERVIEW WITH MANAGER

- Qualitative Components:
  Meeting scheduled at manager location
  Focus on completing level two questions
  Address concerns and obtain answers to
  any new questions not yet addressed as
  a result of our internal Investment
  Committee meeting

- Interact with Personnel from the top down to
  develop an impression of overall
  professionalism, attitude, and depth of
  organization
- Notes complete, concerns addressed, following
  is an Investment Committee meeting to
  determine status of manager

- Qualitative Aspects
  - Systems
    - Administrative
    - Trading
    - Risk Management
  - Personnel
  - Culture
  - Organization/Philosophy
  - Environment

# Level Four - Due Diligence

- **Receipt of required information:**
  1. Individual positions of the portfolio; Long, Short, Cash and Derivatives
  2. Off balance sheet transactions; Counter-party risk
  3. Weightings of individual holdings
  4. Average holding period of positions
  5. Beta, market capitalization and trade days of portfolio

12



# Quantitative Portfolio Analysis

# Level Five - Due Diligence

- **Legal/ Audit Review**
  - Obtain audited financial statements
    - Interest expense, GP investment, off balance sheet transactions, private equity
  - Thorough review of legal documents
    - Offering Memorandum and Limited Partnership Agreement

- **Internal Background check**
  - Relationship evaluation
  - Confirmation with prime broker
  - Verify Auditor
  - Proprietary database
  - Prior employer

- **External Background Check (Optional)**
  - Use of an investigative agency for businesses and organizations
  - Level One
    - Check criminal records and SEC records, publication search
    - Verify academic record
  - Level Two
    - Level one, check civil actions, state & federal tax liens and bankruptcy indices
  - Level Three
    - Performs investigation in multiple geographic regions

13



## On-Going Due Diligence

- **Making a decision to invest in a manager is only the first step. Monitoring the investment, once it is made, is equally important.**
  - Most Partnership Agreements allow the manager to invest with few constraints.
  - Style Drift can often become a problem.
  - Monitoring adaptation to changing market conditions.

- We provide our clients with monthly portfolio reports.
  - Evaluate each manager's return on both an absolute and relative basis, while comparing this data to Hennessee Group Indices and other appropriate benchmarks.

- A disciplined on-going Due Diligence analysis for each manager our clients are invested in.
  - Detailed manager and portfolio information.
  - Compilation on either a monthly, bi-monthly, or quarterly basis.
  - A consistent template which facilitates the client's review process.

14



Hennessee Hedge Fund Advisory Group

Investor Presentation

Your Strategic Partner In Hedge Fund Investing

15