UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE: BAYOU HEDGE FUND LITIGATION,
------------------------------------------X
THIS DOCUMENT RELATES TO:
------------------------------------------X
SOUTH CHERRY STREET, LLC,

      Plaintiff,

-against-

HENNESSEE GROUP LLC, ELIZABETH LEE
HENNESSEE and CHARLES A. GRADANTE,

      Defendants.
------------------------------------------X



06 Civ. 02943 (CM)
JUDGMENT

    Whereas the above entitled action having been assigned to the Honorable Colleen McMahon, U.S.D.J., and the Court thereafter on July 31, 2007, having handed down a DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (docket #46), granting Defendant's motion to dismiss the amended complaint (docket #38), it is,

    **ORDERED, ADJUDGED AND DECREED:** that the Defendant's motion to dismiss the amended complaint (docket #38) is granted and the case is hereby closed.

DATED: White Plains, New York
       August 2, 2007

_____
J. Michael McMahon-Clerk of Court

DOCKETED AS
A JUDGMENT
ON _____