UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAYOU HEDGE FUND INVESTMENT LITIGATION | 06 MD 1755 (CM) |
| THIS DOCUMENT RELATES TO: | |
| SOUTH CHERRY STREET, LLC, | 06 CV-02943 (CM) |
| Plaintiff, | |
| -against- | **NOTICE OF APPEAL** |
| HENNESSEE GROUP LLC, ELIZABETH LEE HENNESSEE and CHARLES A. GRADANTE, | |
| Defendants. | |

AUG 2 4 2007

PLEASE TAKE NOTICE that Plaintiff South Cherry Street, LLC, through its attorneys Bingham McCutchen LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order Granting Defendants' Motion to Dismiss of the United States District Court for the Southern District of New York (McMahon, J.), dated July 31, 2007 and entered on August 4, 2007 (the "Decision and Order"), in its entirety.

A/72172026.1

A copy of the Decision and Order is attached as Exhibit "A."

Dated: New York, New York
August 24, 2007

BINGHAM MCCUTCHEN LLP

By: _____
Ted Poretz (TP 5387)
Theo J. Robins
399 Park Avenue
New York, New York 10022
(212) 705-7000
*Attorneys for Plaintiff*
*South Cherry Street, LLC*

TO: Bennett Falk, Esq.
**BRESSLER AMERY & ROSS**
17 State Street, 34th Floor
New York, NY 10004
*Attorneys for Defendants*
*Hennessee Group LLC, Elizabeth Lee Hennessee*
*and Charles A. Gradante*

A/72172026.1