McMahon, J

Ted Poretz
**Ellenoff Grossman & Schole LLP**
150 East 42nd Street
New York, New York 10017
Telephone: (212) 370-1300

*Attorneys for Plaintiff*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTH CHERRY STREET, LLC,

　　　　　Plaintiff,

　　-against-

HENNESSEE GROUP L.L.C., ELIZABETH LEE HENNESSEE, and CHARLES A. GRADANTE,

　　　　　Defendants.

Case No. 06 CV 2943 (CM)

**STIPULATION OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that with the law firm of Ellenoff Grossman & Schole, LLP, 150 East 42nd Street, New York, New York 10017, shall be substituted as attorneys of record for the plaintiff South Cherry Street, LLC in the above-captioned action in the place of Bingham McCutchen LLP 399

Park Avenue, New York, New York 10022, as of the date hereof. All papers should be served upon Ellenoff Grossman & Schole, LLP henceforth.

Dated: New York, New York.
       May 30, 2008

ELLENOFF GROSSMAN & SCHOLE LLP

By: _____
    Ted Poretz

150 East 42nd Street
New York, NY 10017
Tel: (212) 370-1300
email: tporetz@egsllp.com
*Incoming Attorneys for Plaintiff*

BINGHAM McCUTCHEN LLP

By: _____
    Edward L. Powers

399 Park Avenue
New York, NY 10022-4689
Tel: (212) 705-7000
email: epowers@bingham.com
*Outgoing Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

6-3-2008

-2-

Ted Poretz
**Ellenoff Grossman & Schole LLP**
150 East 42nd Street
New York, New York 10017
Telephone: (212) 370-1300

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTH CHERRY STREET, LLC,

   Plaintiff,

-against-

HENNESSEE GROUP L.L.C., ELIZABETH LEE HENNESSEE, and CHARLES A. GRADANTE,

   Defendants.

---

Case No. 06 CV 2943 (CM)

**AFFIDAVIT IN SUPPORT OF SUBSTITUTION OF COUNSEL**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  Ted Poretz, being duly sworn, deposes and says:

1. I am a partner with the law firm of Ellenoff Grossman & Schole, LLP, 150 East 42nd Street, New York, New York 10017, new counsel for South Cherry Street, LLC, plaintiff in this action.

2. I submit this affidavit pursuant to Local Rule 1.4 in support of the substitution of our firm as counsel for the defendants in the place and stead of out going counsel Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022.

3. I am the principal attorney for the plaintiff in this action. I have recently left Bingham McCutchen LLP and joined Ellenoff Grossman & Schole, LLP. The Plaintiff has requested that I continue to represent them in this action at my new firm.

_____
Ted Poretz

Sworn to before me this
2 day of June 2008

_____
PAUL MAPP
Notary Public, State of New York
No. 03-4950922
Qualified in New York County
Commission Expires May 8, 20__

A/73141831 1

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice before this Court, hereby certifies under the penalties of perjury the following:

I am employed by the law firm of Bingham McCutchen LLP, over the age of 18 and not a party to this action.

On this date, the 2nd of June, 2008, I caused the annexed Stipulation of Substitution of Counsel with Supporting Affidavit to be served by First Class Mail on the following:

Bennett Falk, Esq.  
Bressler Amery & Ross  
2810 SW 149th Avenue  
Miramar, FL 33027  

Bennett Falk, Esq.  
Bressler Amery & Ross  
17 State Street  
New York, NY 10004  

David Marcus

71282191.1